IN THE UNITED STATES IDSTRICT COURT

FOR THE DISTRICT OF ALASKA

EMALEE R. WAGONER,                )
                                  )
            PLAINTIFF,            )
                                  )
VS.                               )
                                  )
NANCY DAHLSTROM, et al.,          )
                                  )
            DEFENDANTS.           )
                                  )
_____ )   Case No. 3:18-cv-00211-RRB

### ORDER

Upon consideration of Ms. Wagoner's Motion For Summary Judgment and any responses by the Defendant's, and the Court's review of the record and affidavits, it is hereby ORDERED that the motion is GRANTED.

The Court will enter a Judgment that WAGONER was denied essential health care and provided inadequate health care, to treat her Gender Dysphoria, as a result of the Defendant's failure to create and implement a health care policy and procedure that would ensure that inmates, like WAGONER, sufferng from Gender Dysphoria would recieve essential health care, and that as a result of this denial and in-adequate care WAGONER suffered further significant injury and irreparable harm.

The Court will entertain motions for the appointment of counsel and expert witness for the purposes of trial on damages.

The Court will set a trial date within (60) days of this order.

Ralph R. Beistline