IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED

FEB 2 2 2023

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

EMALEE R. WAGONER,

      PLAINTIFF,

VS.

NANCY DAHLSTROM, et al.,

      DEFENDANTS.

)
)
)
)
)
)
)
)
)
)
)
)

AFFIDVAIT & DECLARATION OF
EMALEE R. WAGONER

Case No. 3:18-cv-00211-RRB

I, Emalee R. Wagoner, upon being sworn under oath and subject to the penalty of the perjury laws of the State of Alaska and the United States, do hereby depose and state:

1. That I am the above named Plaintiff in the above-captioned civil cause of action;

2. That the statements made in my Plaintiff's Motion For Summary Judgment are true and correct to the best of my knowledge;

3. That my motion has been filed in good faith seeking only just remedy that I believe I am lawfully entitled to, and not to waste judicial time or economy or to obfuscate the issues nor to prejudice any party;

4. That as I am incarcerated I have not spoken to the Defendant's attorney and do not know if they oppose my motion; and

5. That I sent, via US Mail, a copy of my motion and its attachments to the Defendant's attorney, M. David Rhodes, at his address of record 1031 W. 4th Ave., Suite 200 Anchorage, AK 99501-1994;

FURTHER THE AFFIANT SAYETH NAUGHT.

_Emalee R. Wagoner_, pro se    2/20/2023

SUBSCRIBED AND SWORN TO BEFORE ME THIS 20th DAY OF FEBRUARY 2023, AT WASILLA, ALASKA.

_No Notary Available_
Notary Public In And For Alaska
My Commission Expires_____