IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| EMALEE WAGONER, | |
|---|---|
| Plaintiff, | Case No. 3:18-cv-00211 RRB |
| vs. | |
| NANCY DAHLSTROM, et al., | **ORDER FROM CHAMBERS DIRECTING SETTLEMENT BRIEFS** |
| Defendants. | |

The undersigned judge has been appointed as a settlement judge to assist the parties in attempting to resolve this case. In preparation for a possible settlement conference, please read the following order closely:

**1.** I would like to get information from the parties about the case to prepare for a possible settlement conference. Each party shall submit a *confidential* settlement brief on or before September 5, 2023, or earlier if possible. The brief is *confidential* and will only be seen by the settlement Judge. The brief will not be filed with the Court or served on opposing parties or disclosed to anyone other than the settlement Judge without the party's consent. The brief is not admissible as evidence and will be destroyed by the undersigned after the settlement conference.

**2.** The brief should include:

    **a.** What relief is ideally being sought at this time;

    **b.** What relief you are willing to take to settle the case;

    **c.** An honest and reasonable evaluation of the strengths and weaknesses of your case and how that affects what you are ideally seeking and what you are willing to take to settle

the case;

   **d.** If Plaintiff is seeking monetary damages, include a specific present reasonable dollar amount. [The purpose of this is to aid the settlement judge in evaluating the case.] If Plaintiff is unable to set forth such a figure, a convincing statement must be included, stating the reasons that no such figure can be included. Defendants must also set forth their present reasonable dollar figure offer. Likewise, if Defendants are unable to set forth such a figure, a convincing statement must be included, stating the reasons no such figure can be included; and

   **e.** Anything else relevant to the case or your efforts to resolve the case that may aid in the Judge's settlement efforts. [Again, any such statements are just for the settlement judge.]

 **3.** The settlement brief can be submitted by mail or email. The mailing address is:

> US Magistrate Judge Scott Oravec
> 101 12th Avenue, Room 332
> Fairbanks, AK 99701

Alternatively, the brief can be emailed to the case administrator at:

> Alex_Masson@akd.uscourts.gov

The brief shall be on 8-1/2 x 11 inch paper and shall not exceed 15 pages, including attachments. The settlement judge will review the briefs once received. If it appears that there is a reason to believe that, with the assistance of the Court, a settlement of the case can be negotiated, the Judge will schedule a settlement conference. At any conference resulting from this order, all counsel shall appear with full authority to settle all issues of this litigation and, if such is impossible to obtain, counsel shall have their clients, with full settlement authority, available in person or by telephone at the time of the settlement conference.

 ENTERED at Fairbanks, Alaska, this 11th day of August, 2023.

      <u>S/ SCOTT A. ORAVEC</u>
      Scott A. Oravec