Richard Saenz, *pro hac vice*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
120 Wall St., 19th Floor
New York City, NY 10005
Tel: 646-307-7394
Email: rsaenz@lambdalegal.org
*Attorneys for Plaintiff Wagoner*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EMALEE WAGONER,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY DAHLSTROM, et al.,<br><br>    Defendants. | Case No.: 3:18-cv-00211-MMS |

**STIPULATION REGARDING
AUTOMATIC SUBSTITUTION OF DEFENDANT, VOLUNTARY DISMISSAL
OF CLAIMS, AND RELATED MATTERS AND [PROPOSED] ORDER**

The Plaintiff and all Defendants, all through counsel, stipulate as follows:

1. Nancy Dahlstrom is no longer the Commissioner of the Alaska Department of Corrections ("ADOC"). Jennifer Winkelman is the current Commissioner, and under Federal Rule of Civil Procedure 25(d), has been automatically substituted as a defendant in this action.

2. As the Commissioner of ADOC, Winkelman has the authority to enforce any order relating to the relief sought by plaintiff, as described by the Court in its *Order on*

*Wagoner v. Dahlstrom*                                    Case No. 3:18-cv-00211-MMS
Joint Stipulations re: Automatic Substitution, etc.

Page **1** of **4**

Case 3:18-cv-00211-MMS    Document 357    Filed 06/13/25    Page 1 of 4

*Motion for Order Striking Plaintiff's Demand for Monetary Damages & Motion for Order Setting Trial by Court* (Dkt. 287), if the Court were to so order. Accordingly, there are no other persons who would need to be joined as parties, per Federal Rules of Civil Procedure 19 and 20.

3.  Per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties stipulate to the dismissal of the plaintiff's claims against the defendants other than Commissioner Winkelman.

    a) Specifically, all parties stipulate to the dismissal of plaintiff's claims against the following defendants:

        i.  Laura Brooks and Travis Welch, in their official capacity(ies) as Director(s) of Health and Rehabilitation Services;

        ii. Dr. Robert Lawrence and Dr. Timothy Ballard, in their official capacity(ies) as Chief Medical Officer(s); and

        iii. Lisa Guzman and Adam Rutherford, in their official capacity(ies) as Chief Mental Health Officer(s).

4.  The parties jointly move the Court to update the case caption to reflect these changes. The updated caption is:

*Wagoner v. Dahlstrom*                                                    Case No. 3:18-cv-00211-MMS
Joint Stipulations re: Automatic Substitution, etc.

Page **2** of **4**

Case 3:18-cv-00211-MMS     Document 357     Filed 06/13/25     Page 2 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

EMALEE WAGONER,

Plaintiff,

v.

JENNIFER WINKELMAN, IN HER
OFFICIAL CAPACITY AS
COMMISSIONER, ALASKA
DEPARTMENT OF CORRECTIONS.

Defendant.

Case No.: 3:18-cv-00211-MMS

**AGREED TO AND SIGNED BY:**

Date: June 13, 2025
*/s/ Richard Saenz*
Richard Saenz, pro hac vice
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
120 Wall St., 19th Floor
New York City, NY 10005
Tel: 646-307-7394
Email: rsaenz@lambdalegal.org
*Attorneys for Plaintiff*

Date: June 13, 2025
*/s/ Mara Michaletz*
Mara Michaletz
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, AK 99501
Tel: 907-276-1550
Email: mmchaletz@BHB.com
*Attorneys for Defendants*

**Pursuant to stipulation, IT IS SO ORDERED.**

Dated:_____

_____
Hon. Matthew McCrary Scoble
United States Magistrate Judge