UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| EMALEE R. WAGONER,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>JENNIFER WINKELMAN, *in her official capacity as Commissioner of the Alaska Department of Corrections*,<br><br>　　　　　　　　Defendant. | 3:18-cv-00211-MMS<br><br>**ORDER ON STIPULATION [357]** |

　　　　The parties jointly stipulated to the automatic substitution of Jennifer Winkelman, the current Commissioner of the Alaska Department of Corrections, for Nancy Dahlstrom under Federal Rule of Civil Procedure 25(d).[1] The Court agrees that this substitution is proper under the federal rules and accepts this stipulation.

　　　　The parties further stipulated that Commissioner Winkelman has the authority to enforce an order for relief in this case should the Court so award, and they informed the Court that no further parties were necessary under Federal Rules of Civil Procedure 19–20.[2] The Court accepts this stipulation.

　　　　The parties accordingly stipulated to the dismissal of all of Plaintiff's claims against

---

[1] *See*, Dkt. 357 at 1.
[2] *Id.* at 1–2.

all Defendants, excluding Commissioner Winkelman.³ This stipulation is accepted pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED**:

1) The Stipulation at Docket 357 is **ACCEPTED** in its entirety;

2) The Clerk of Court shall **SUBSTITUTE** Commissioner Jennifer Winkelman, in her official capacity as Commissioner of the Alaska Department of Corrections, for former Commissioner Nancy Dahlstrom; and

3) Plaintiff's claims against all Defendants, with the exception of Jennifer Winkelman, are **DISMISSED**. These former Defendants are Laura Brooks, Travis Welch, Dr. Robert Lawrence, Dr. Timothy Ballard, Lisa Guzman and Adam Rutherford, each in their respective official capacities. The case caption is amended accordingly.

DATED this 16th day of June, 2025 at Anchorage, Alaska.

_____
MATTHEW M. SCOBLE
CHIEF U.S. MAGISTRATE JUDGE

---

³ *Id.* at 2.