# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| EMALEE R. WAGONER<br>*Plaintiff*<br>v.<br>JENNIFER WINKELMAN, *Commissioner of Alaska Department of Corrections*<br>*Defendant* | )<br>)<br>) Civil Action No. 3:18-cv-00211-MMS<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT Plaintiff is awarded declaratory and injunctive relief as detailed in the Order at Docket 367. Plaintiff's claims pertaining to chronic regional pain syndrome are dismissed with prejudice.

APPROVED:

**s/Matthew M. Scoble**
Matthew M. Scoble
United States Magistrate Judge

Date: September 29, 2025

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*