David Karl Gross, ABA #9611065
Mara E. Michaletz, ABA #0803007
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
dgross@bhb.com
mmichaletz@bhb.com
Telephone 907.276.1550
Facsimile 907.276.3680

Attorneys for Defendant Jennifer Winkelman, in her official capacity as Commissioner of the Alaska Department of Corrections

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EMALEE R. WAGONER,<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER WINKELMAN, in her official capacity as Commissioner of the Alaska Department of Corrections,<br><br>Defendant. | Case No.: 3:18-cv-00211-MMS |

**DEFENDANT'S AMENDED NOTICE OF APPEAL**

Please take notice that Defendant, Jennifer Winkelman, in her official capacity as Commissioner of the Alaska Department of Corrections, hereby amends her Notice of Appeal [ECF No. 371] to include an appeal to the United States Court of Appeals for the Ninth Circuit from the Corrected Order Granting Declarative and Injunctive Relief to Plaintiff entered on January 8, 2026. [ECF No. 380]

DATED this 13th day of January 2026.

BIRCH HORTON BITTNER & CHEROT
Attorneys for Defendant Jennifer Winkelman, in her official capacity as Commissioner of the Alaska Department of Corrections

By: *David Karl Gross*
David Karl Gross, ABA #9611065
Mara E. Michaletz, ABA #0803007

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of January 2026, a true and correct copy of the foregoing was served electronically through the CM/ECF system on all registered case users:

BIRCH HORTON BITTNER & CHEROT

By: */s/ Alli White*
Alli White